Anthony Scott Charlie
2340 Mullan Rd
Missoula, MT 59801

JUN 24 2022
Clerk, U.S. Courts
District of Montana
Missoula Division

United States District Court Montana, Missoula County

\*

Anthony Scott Charlie          Cause No.
          Plaintiff, \*

vs.

Elon Musk          \*    Civil Tort Claim
Space X
          Defendant. \*

1.) Comes Now Anthony Scott Charlie Pro Se filing a Civil Tort Claim against Elon Musk and Space X because of duty of being Tribal Homeland Security with the Responsibility to protect the Bundle of Life from all threats Foreign or Domestic meaning Country, Continet, and Planet.

2.) From Mr. Charlie's understanding Elon Musk and Space X single handedly removed the payday of pay load Transportation from Russian space program and is trail blazing into becoming the Space Transportation of the Country and maybe the Planet adventually.

1 of 7

3.) Mr. Charlie recognizes that the Space Transportation Industry is becoming more developed and cost efficient and because of this advancement made possible via Elon Musk's determination and creativity; Space Colonization is then approaching faster then we collectively imagine Colonization; Mr. Charlie says, that this venture is not a "One Step for Man and One Great leap for Mankind" type deal. He says that Space Colonization is in the areana of Birth of a Nation, Old world New world discovery that could potentially lead into a Revolutionary War, (Inter Planetary War) and the only thing that is really slowing this process is the Technology of Architectural Design; and since Architectual Design is actively being developed and more cost efficient then we expected; it can and will be a real threat, especially, if most of the Quicker and Know how is worked out on another Planet or Moon in our Solar System.

4.) Simply put Mr. Charlie is Sueing Elon Musk and Space X for 50 Billion and/or active Space Colonies built here on Earth that are Fully functioning; on the intellectual grounds, that like May Flower ship builders in the old days, that company removed Spain and old World

Power Status more so every day still today, as our country grows. Elon Musk and Space X are in the business of transportation to the highest bidder, making them the most likely to be the accomplices to the Seperating Colonist that have more Dry land to grow into. Mr. Charlie says because of Technology of Architechual Design and the Working Furmula "One matter of Three, Six, and Nine" there is no limits to the population growth outside of Earth's Atmosphere and with this understanding Mr. Charlie is setting The Standard of Montana's 13 Original Colonies. Which is, you have to have a Working Model of a fully functioning Space Colonization here on Earth Before you can Colonize outer Space, because, of the diffrences in opperation and value of resources there will be a gap and maybe a conflict in understanding and communication between communities of Earth and Space which will then possibly widen over time unless we have fully functioning Space Colonization happening here on Earth.

5.) 50 Billion and/or fully opperating Space Colonies on Earth sounds like a lot, but, in the Scope of a Globalized Solar System it really is only a unit like a brick in a Mansion or a Stone in a Pyramid, and

3 of 7

with proper application can securely create a sound foundation for many wonderful things to happen like a Globalized Solar System with 50 Billion Population and Eco Systems to Supply Working Formula for.

6.) So, Mr. Charlie is not trying to bleed Elon Musk and Space X for financial gain, Mr. Charlie just recognizes their position in the development of a globalized Solar system, but, with out The Standard of Montana's 13 Original Colonies or what ever title you give the concept in your understanding of the Standard, globalized Solar System will not happen and Seperation and disconnected communication will happen leaving Mother Earth behind in Inter Planetary Knowledge and defenses.

7.) As we establish and agree that Space Exploration and Colonization puts all of us, community, state, Country, Tribe, and Future Generations in real danger because of the way it is going right now Mr. Musk is a Martian using Earth's supplies to build his Country and Planet for what ever his whimzical desires are; with Earth Knowledge and then Interplanetary Knowledge and the advantage of New never before seen developments in Architectual Design of

4 of 7

offensive and defensive nature. With this established fact I do have legal merit to challenge not only the accomplice, but, the Creator of opportunity to Space Transportation and Colonization. I do have a valid claim because even tho there is fractioned like Seperation in Corprate business between transportation and colonization as of today but when opportunity becomes available they will come together creating Birth of a New Planet with its own Nations and agendas, and because of it's ground up build in Harsh enviorments its tare down ability of our Enviroment will be easier to understand and do for them, and as of now history repeats itself unless a type of evolution happens physically or intellectually.

8) Mr. Charlie is not saying that the Sky is falling because the Rockets are Flying. He is saying Develope Earth by making Fully Functioning Colonies here, which he calls Pyramid by Reduction from Alaska to the Tip of South America, starting in Montana. This will create a "Show Room" or platform for investors to see exactly how Colonization in space will happen from the Ground up, which, will enable more Colonies to happen and in more places than Mars; which, will enable Market and Globalized Solar System; instead of,

5 of 7

a potentially single Seperating colony. and this means more destinations for Transportations.

9.) In Summary Mr. Charlie is in Duty of Tribal Homeland Security challenging Space Transportation and Colonization Oppertunist because of threats of Gouernmental like Creations and Seperations built on and around different Survival Mechanisms that will grow into strange new Culture and belief systems that could be Confrontational with Earth. Mr. Charlie is Setting the Standard of Montana's 13 Original Colonies not for Frivilouse ideals but to protect the Bundle of Life because Mr. Charlie sees that the Technology of Architectual Design is here, because he is creating it.

10.) In Closing Mr. Charlie is attaching a copy of The Standard of Montana's 13 Original Colonies which is in a Civil Lawsuit called DV-21-1742 Dept #4 were Mr. Charlie is addressing another issue while at the same time using the situation to create refrense material for understanding how Technology of Architectual Design is really here.

6 of 7

Signed and Dated this 13th Day of June 2022

*Scotto Charlie*

Anthony Scott Charlie

cc. Elon Musk and SpaceX
1 Rocket Rd
East Hawthorne neighborhood
Hawthorne, CA 90250

7 of 7